**No. 47801.**—Protest 816527–G of Maray Corp. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel and on the authority of *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441), wherein it was held that the provisions of T. D. 47475 were not applicable to the articles there in question, the merchandise herein was held not subject to countervailing duty, as claimed.

# DECISIONS OF THE UNITED STATES CUSTOMS COURT

## REAPPRAISEMENTS